UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DEBORAH GEARY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:15 CV 176 |
| | ) |
| IOM HEALTH SYSTEMS LP | ) |
| d/b/a LUTHERAN HOSPITAL OF | ) |
| INDIANA, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Having been advised that a tentative settlement agreement has been reached in the above-captioned action but that additional time is needed to finalize the settlement documents, the undersigned District Judge **DIRECTS** the Clerk of Court to **ENTER JUDGMENT OF DISMISSAL** with prejudice thirty (30) days after this order is docketed. Each party shall bear its own costs, unless otherwise provided in the settlement documents.

If the parties fail to finalize the settlement documents within the thirty-day period, they may– before that period expires –move to postpone entry of judgment to a later date.

Due to the settlement of this action, the court now **DENIES AS MOOT** all pending motions, and **CANCELS** all settings herein. Counsel are reminded that if trial witnesses have been subpoenaed, <u>COUNSEL MUST NOTIFY ALL WITNESSES</u> that they are not to appear.

**SO ORDERED.**

Date: December 5, 2016

 s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT