UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DEBORAH GEARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No: 1:15-cv-00176 |
| ) | |
| IOM HEALTH SYSTEMS, LP d/b/a ) | |
| LUTHERAN HOSPITAL OF INDIANA ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL**

The Defendant, IOM Health Systems, LP d/b/a Lutheran Hospital of Indiana and Plaintiff, Deborah Geary, by their respective counsel, hereby stipulate to the dismissal, with prejudice, of the Complaint for Damages, costs paid, for the reason that the underlying claims made by Plaintiff Deborah Geary, have been fully resolved, compromised and settled.

Respectfully Submitted,

/s/ *Ilene M. Smith*
Ilene M. Smith, 22818-02
Christopher C. Myers & Associates
809 Calhoun Street, Suite 400
Ft. Wayne, IN 46802
Telephone: (317) 260-424-0600
Ismith@myers-law.com

/s/ *Roger K. Kanne*
Roger K. Kanne, 17642-49
ZEIGLER COHEN & KOCH
9465 Counselors Row, Suite 104
Indianapolis, Indiana 46240
Telephone: (317) 844-5200
Facsimile (317) 844-7200
rkanne@zcklaw.com

1